| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| KENT B. GOSS (SBN 131499)<br>kgoss@orrick.com<br>CHRISTOPHER J. CHAUDOIR (SBN 198444)<br>cchaudoir@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>777 S. Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>Telephone: (213) 629-2020  Facsimile: (213) 612-2499 | 2009 MAY -1  PM 4: 15<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY_____ |
| ATTORNEYS FOR  PLAINTIFFS THOUGHT CONVERGENCE, INC. and NAME INTELLIGENCE, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOUGHT CONVERGENCE, INC., a Delaware corporation, and NAME INTELLIGENCE, LLC, a Delaware limited liability company.<br><br>Plaintiff(s),<br><br>v.<br><br>JAY WESTERDAL, an individual, et al.,<br><br>Defendant(s) | CASE NUMBER<br>**CV09-3088 R-AJW**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiffs THOUGHT CONVERGENCE, INC. and NAME INTELLIGENCE, LLC (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

NONE

ORRICK HERRINGTON & SUTCLIFFE LLP

5/1/09                                    _____ J.R. Frolich #217321
Date                                      Sign

CHRISTOPHER J. CHAUDOIR
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)