FILED

2009 MAY -1 PM 4:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C. CALIF.
LOS ANGELES

NL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOUGHT CONVERGENCE, INC., ETC., ET AL.**<br><br>PLAINTIFF(S)<br><br>V.<br><br>**JAY WESTERDAL, ETC., ET AL.**<br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09- 3088 RSWL (AJWx)**<br><br>**NOTICE TO PARTIES OF ADR PILOT PROGRAM** |

Dear Counsel,

The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removal case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

Clerk, U.S. District Court

05/01/09

Date

By: NLONGORI

Deputy Clerk

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THOUGHT CONVERGENCE, INC., ETC., ET AL.<br><br>PLAINTIFF(S)<br><br>V.<br><br>JAY WESTERDAL, ETC., ET AL.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09- 3088 RSWL (AJWx)**<br><br>**ADR PILOT PROGRAM QUESTIONNAIRE** |
|---|---|

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation?  Please outline with specificity the type(s) of discovery and proposed completion date(s).  Please outline any areas of disagreement int this regard.  Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

_____
_____
_____
_____
_____
_____
_____

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

_____
_____
_____
_____
_____
_____
_____

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

Yes [ ]    No [ ]

(4) if this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

[ ] Title VII                                    [ ] Age Discrimination

[ ] 42 U.S.C. section 1983                       [ ] California Fair Employment and Housing Act

[ ] Americans with Disabilities Act of 1990      [ ] Rehabilitation Act

[ ] Other _____

_____

_____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

_____        _____
Date                                  Attorney for Plaintiff  (Signature)


                                      _____
                                      Attorney for Plaintiff  (Please print full name)


_____        _____
Date                                  Attorney for Defendant  (Signature)


                                      _____
                                      Attorney for Defendant  (Please print full name)