KENT B. GOSS (State Bar No. 131499)
CHRISTOPHER J. CHAUDOIR (State Bar No. 198444)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Plaintiffs and CounterDefendants
THOUGHT CONVERGENCE, INC. and
NAME INTELLIGENCE, LLC

HOLMQUIST & GARDINER PLLC
HAMILTON H. GARDINER  #249038
1000 Second Avenue, Suite 1770
Seattle, WA 98104
Telephone: (206) 438-9116
Facsimile: (206) 694-4601

PILLSBURY MADISON & SUTRO LLP
ROBERT L. WALLAN (State Bar No. 126480)
MARIAH L. BRANDT (State Bar No. 224076)
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 488-7163
Facsimile: (213) 608-3727

Attorneys for Defendants and Counterclaimants
NAME INTELLIGENCE, INC., JAY WESTERDAL,
PER WESTERDAL and RAY BERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOUGHT CONVERGENCE, INC., a Delaware Corporation and NAME INTELLIGENCE, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAY WESTERDAL, an individual; PER WESTERDAL, an individual; RAY BERO, an individual; CAMERON JONES, an individual; NAME INTELLIGENCE, INC., a Washington corporation; and DOTMOVIE, an unknown entity,<br><br>Defendants. | Case No. CV 09-3088-R(AJWx)<br><br>**JOINT STIPULATION RE ENTRY OF PROTECTIVE ORDER GOVERNING USE AND DISCLOSURE OF CONFIDENTIAL AND PROPRIETARY INFORMATION, PER FED. R. CIV. P. 26(c)(1)(G)**<br><br>Judge:    Hon. Manuel L. Real<br><br>Magistrate: Hon. Andrew J. Wistrich |

1  Plaintiffs Thought Convergence, Inc. and Name Intelligence, LLC and
2  defendants Jay Westerdal, Per Westerdal, Ray Bero, and Name Intelligence, Inc.,
3  (collectively, the "Parties"), by and through their counsel of record, hereby stipulate
4  and agree as follows:

5  WHEREAS, the Parties expect that they will be requested to produce
6  documents, provide testimony and/or otherwise disclose confidential and/or
7  proprietary business and/or financial information and/or other information that
8  requires protection as confidential and/or proprietary information;

9  WHEREAS, the disclosure of any such confidential information within this
10 action is made solely for purposes of this action and should not be used for any
11 other purpose;

12 WHEREAS, the Parties seek to establish procedures that will protect all
13 confidential information while expediting the discovery process, limiting the
14 occasion for discovery disputes regarding confidentiality and facilitating the
15 disposition by the Court of any disputes that may arise in connection with
16 discovery;

28 ///

NOW, THEREFORE, the Parties hereby stipulate and agree, through their respective counsel, to entry of the attached [Proposed] Protective Order Governing Use and Disclosure of Confidential and Proprietary Information, Per Fed. R. Civ. P. 26(c)(1)(G), including the certification attached thereto as Exhibit A. The Parties further stipulate and agree to be bound by the terms of the Protective Order pending entry by the Court.

Respectfully submitted,

Dated: December 1, 2009

KENT B. GOSS
CHRISTOPHER J. CHAUDOIR
ORRICK HERRINGTON & SUTCLIFFE LLP

_____
CHRISTOPHER J. CHAUDOIR
Attorneys for Plaintiff
THOUGHT CONVERGENCE, INC. and
NAME INTELLIGENCE, INC.

Dated: December 1, 2009

HOLMQUIST & GARDINER PLLC
HAMILTON H. GARDINER

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT L. WALLAN
MARIAH L. BRANDT

_____
MARIAH L. BRANDT
Attorneys for Defendants
NAME INTELLIGENCE, INC.,
JAY WESTERDAL, RAY BERO and PER WESTERDAL