1  KENT B. GOSS (State Bar No. 131499)
   CHRISTOPHER J. CHAUDOIR (State Bar No. 198444)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
3  Los Angeles, CA 90017
   Telephone: +1-213-629-2020
4  Facsimile: +1-213-612-2499

5  Attorneys for Plaintiffs and Counterdefendants
   THOUGHT CONVERGENCE, INC. and
6  NAME INTELLIGENCE, LLC

7  HOLMQUIST & GARDINER PLLC
   HAMILTON H. GARDINER #249038
8  1000 Second Avenue, Suite 1770
   Seattle, WA 98104
9  Telephone: (206) 438-9116
   Facsimile: (206) 694-4601

10
   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 ROBERT L. WALLAN (State Bar No. 126480)
   MARIAH L. BRANDT (State Bar No. 224076)
12 725 S. Figueroa Street, Suite 2800
   Los Angeles, CA 90017
13 Telephone: (213) 488-7163
   Facsimile: (213) 608-3727
14
   Attorneys for Defendants and Counterclaimants
15 NAME INTELLIGENCE, INC., JAY WESTERDAL,
   PER WESTERDAL and RAY BERO

16
                    UNITED STATES DISTRICT COURT
17
                   CENTRAL DISTRICT OF CALIFORNIA
18
                         WESTERN DIVISION
19

20  THOUGHT CONVERGENCE, INC., a        Case No. CV 09-3088-R(AJWx)
    Delaware Corporation and NAME
21  INTELLIGENCE, LLC, a Delaware       **JOINT STIPULATION FOR BRIEF
    limited liability company,          EXTENSION OF DEADLINES AND
22                                      TRIAL**
               Plaintiffs,
23                                      [Filed concurrently with Declaration of
          v.                            Hon. George P. Shiavelli and [Proposed]
24                                      Order]
    JAY WESTERDAL, an individual;
25  PER WESTERDAL, an individual;       Judge:    Hon. Manuel L. Real
    RAY BERO, an individual;
26  CAMERON JONES, an individual;
    NAME INTELLIGENCE, INC., a
27  Washington corporation; and
    DOTMOVIE, an unknown entity,
28
               Defendants.

1  Plaintiffs and counterdefendants Thought Convergence, Inc. and Name Intelligence, LLC, defendants and counterclaimants Name Intelligence, Inc. and Jay Westerdal, and defendants Per Westerdal and Ray Bero (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Parties participated in a full day of mediation before the Hon. George P. Schiavelli, U.S. District Judge (Ret.), on Wednesday, January 6, 2010;

WHEREAS, the Parties' counsel are working well together to narrow the scope of the claims in this action and have agreed to narrow the scope of their claims through amended pleadings, which will be filed the week of January 11, 2010;

WHEREAS, the Parties made substantial progress identifying the issues and obstacles to settlement and have earnestly attempted to resolve their dispute;

WHEREAS, the Parties and the Hon. Shiavelli agree that further discrete discovery is needed on key issues before a further attempt to reach resolution would be practical;

WHEREAS, that discovery is likely to prevent the waste of judicial resources and eliminate the expenditure of unnecessary costs;

WHEREAS, the Parties and the Hon. Schiavelli believe that the Parties can complete the discovery in a short period of time and that there is a greater potential for resolution if that discovery is conducted without the pressure of undertaking trial preparation pursuant to the currently scheduled trial date;

WHEREAS, the Parties concurrently file a Declaration of the Hon. Shiavelli in support of the Parties' Joint Stipulation for Brief Extension of Deadlines and Trial.

WHEREAS, the Parties have scheduled a second mediation session with the Hon. Schiavelli on January 27, 2010;

WHEREAS, the Parties have cleared the proposed alternative dates with the Clerk pursuant to the Hon. Manuel L. Real's Local Rule 6.

NOW, THEREFORE, the Parties hereby stipulate and agree, through their respective counsel, to a request for a short extension of the discovery period, all pretrial deadlines, and the trial date by approximately thirty (30) days. The alternative dates, as cleared with the Court, are as follows:

| | |
|---|---|
| Final Pre-Trial Conference | April 12, 2010 |
| Memorandum of Contentions of Fact and Law, Exhibits Lists, Witness Lists & Discovery Cut-Off | March 23, 2010 |
| Pre-Trial Conference Order | April 5, 2010 |
| Jury Trial | May 11, 2010 at 9:00 a.m. |

Dated:     January 11, 2010

ORRICK HERRINGTON & SUTCLIFFE LLP
KENT B. GOSS
CHRISTOPHER J. CHAUDOIR

_____
CHRISTOPHER J. CHAUDOIR
Attorneys for Plaintiffs and Counterdefendants
THOUGHT CONVERGENCE, INC. and
NAME INTELLIGENCE, INC.

1 | Dated: January 11, 2010

HOLMQUIST & GARDINER PLLC
HAMILTON H. GARDINER

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT L. WALLAN
MARIAH L. BRANDT

*/s/ Mariah L. Brandt*

MARIAH L. BRANDT
Attorneys for Defendants and Counterclaimants
NAME INTELLIGENCE, INC.,
JAY WESTERDAL, RAY BERO and PER WESTERDAL