KENT B. GOSS (State Bar No. 131499)
CHRISTOPHER J. CHAUDOIR (State Bar No. 198444)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Plaintiffs and CounterDefendants
THOUGHT CONVERGENCE, INC. and
NAME INTELLIGENCE, LLC

HOLMQUIST & GARDINER PLLC
HAMILTON H. GARDINER #249038
1000 Second Avenue, Suite 1770
Seattle, WA 98104
Telephone: (206) 438-9116
Facsimile: (206) 694-4601

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT L. WALLAN (State Bar No. 126480)
MARIAH L. BRANDT (State Bar No. 224076)
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 488-7163
Facsimile: (213) 608-3727

Attorneys for Defendants and Counterclaimants
NAME INTELLIGENCE, INC., JAY WESTERDAL,
PER WESTERDAL and RAY BERO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THOUGHT CONVERGENCE, INC., a Delaware Corporation and NAME INTELLIGENCE, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> JAY WESTERDAL, an individual; PER WESTERDAL, an individual; RAY BERO, an individual; CAMERON JONES, an individual; NAME INTELLIGENCE, INC., a Washington corporation; and DOTMOVIE, an unknown entity, <br><br> Defendants. | Case No. CV 09-3088-R(AJWx) <br><br> **DECLARATION OF THE HON. GEORGE P. SCHIAVELLI IN SUPPORT OF JOINT STIPULATION FOR BRIEF EXTENSION OF DEADLINES AND TRIAL** <br><br> Judge: Hon. Manuel L. Real <br><br> Magistrate: Hon. Andrew J. Wistrich |

## DECLARATION OF GEORGE P. SCHIAVELLI

I, George P. Schiavelli , U.S. Dist. Judge (Ret.), declare:

1.     The facts set forth herein are personally known to me, and I have personal knowledge thereof. If called upon to do so, I could and would testify competently to them under oath. I am currently a neutral case mediator/arbitrator associated with JAMS and have been so employed since 2008.

2.     In my capacity as a JAMS neutral, I was engaged by Plaintiffs and Counterdefendants Thought Convergence, Inc. and Name Intelligence, LLC ("Plaintiffs and Counterdefendants") and Defendants and Counterclaimants Jay Westerdal and Name Intelligence, Inc. and Defendants Per Westerdal and Ray Bero ("Defendants and Counterclaimants" and collectively with Plaintiffs and Counterdefendants, the "Parties") to mediate the dispute between them.

3.     The Parties participated in a full day of mediation before me on Wednesday, January 6, 2010.

4.     It is not my normal practice to insinuate myself in the litigation of the cases in which I act as a mediator, and, of course, I will not comment here on the substance of the mediation proceedings.  However, I am filing this document because, during the mediation, I found The Parties' counsel to be exceptionally realistic concerning the strengths and weaknesses of the case and able to work well to seek resolution. Indeed, counsel indicated that amended pleadings will be filed during the week of January 11 which will narrow the issues and claims.

5.     Though the case did not settle, I believe the Parties made substantial progress identifying the issues and obstacles to settlement and seeking solutions to them. I agree with the parties that further discrete discovery is needed on key issues before a further attempt to reach resolution would be practical.

6.     I believe that the Parties can complete the requisite discovery in a short period of time and that there is a greater potential for resolution if that discovery is conducted without the pressure of undertaking trial preparation pursuant to the

1   currently scheduled trial date. If I did not feel that the competence and

2   professionalism of counsel and their clients make settlement a realistic possibility, I

3   would not submit this Declaration. On the other hand, I do not wish to mislead the

4   Court, so I want to make clear that I am not promising a resolution will be reached

5   but believe that, if settlement is possible, these Parties will accomplish it.

6       7.    The Parties have scheduled a second mediation session with me on

7   January 27, 2010.

8       8.    For the above reasons, I urge the Court to grant the Parties' stipulation

9   to seek a short continuance of the discovery period, pretrial deadlines, and trial date

10  by 30 days or such other period as is convenient to the Court's calendar.

11      I declare under penalty of perjury, under the laws of the United States of

12  America, that the foregoing is true and correct.

13      Executed this 11th day of January, 2009, at Los Angeles, California.

14

15

16                              Hon. George P. Schiavelli

17

18

19

20

21

22

23

24

25

26

27

28