1  KENT B. GOSS (State Bar No. 131499)
   CHRISTOPHER J. CHAUDOIR (State Bar No. 198444)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
3  Los Angeles, CA 90017
   Telephone: +1-213-629-2020
4  Facsimile: +1-213-612-2499

5  Attorneys for Plaintiffs and Counterdefendants
   THOUGHT CONVERGENCE, INC. and
6  NAME INTELLIGENCE, LLC

7  HOLMQUIST & GARDINER PLLC
   HAMILTON H. GARDINER (State Bar No. 249038)
8  1000 Second Avenue, Suite 1770
   Seattle, WA 98104
9  Telephone: (206) 438-9116
   Facsimile: (206) 694-4601

10

11 PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROBERT L. WALLAN (State Bar No. 126480)
   MARIAH L. BRANDT (State Bar No. 224076)
12 725 S. Figueroa Street, Suite 2800
   Los Angeles, CA 90017
13 Telephone: (213) 488-7163
   Facsimile: (213) 608-3727

14

15 Attorneys for Defendants and Counterclaimants
   NAME INTELLIGENCE, INC., JAY WESTERDAL,
   PER WESTERDAL and RAY BERO
16

                UNITED STATES DISTRICT COURT
17
                CENTRAL DISTRICT OF CALIFORNIA
18
                        WESTERN DIVISION
19

| | |
|---|---|
| THOUGHT CONVERGENCE, INC., a Delaware Corporation and NAME INTELLIGENCE, LLC, a Delaware limited liability company, | Case No. CV 09-3088-R(AJWx) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING BRIEF EXTENSION OF DEADLINES AND TRIAL** |
| v. | |
| JAY WESTERDAL, an individual; PER WESTERDAL, an individual; RAY BERO, an individual; CAMERON JONES, an individual; NAME INTELLIGENCE, INC., a Washington corporation; and DOTMOVIE, an unknown entity, | Judge:    Hon. Manuel L. Real |
| Defendants. | |

Having reviewed the Joint Stipulation filed by plaintiffs and counterdefendants Thought Convergence, Inc. and Name Intelligence, LLC, defendants and counterclaimants Name Intelligence, Inc. and Jay Westerdal, and defendants Per Westerdal and Ray Bero seeking an extension of the discovery period, all pretrial deadlines, and the trial all date in instant action, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the dates in the instant action shall be extended as follows:

| | |
|---|---|
| Final Pre-Trial Conference | April 12, 2010 |
| Memorandum of Contentions of Fact and Law, Exhibits Lists, Witness Lists & Discovery Cut-Off | March 23, 2010 |
| Pre-Trial Conference Order | April 5, 2010 |
| Jury Trial | May 11, 2010 at 9:00 a.m. |

Dated:     January ____, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

OHS West:260807281.1                    -1-                    [PROPOSED] ORDER GRANTING BRIEF
EXTENSION OF DEADLINES AND TRIAL
CV 09-3088-R(AJWx)