1  KENT B. GOSS (State Bar No. 131499)
   kgoss@orrick.com
2  CHRISTOPHER J. CHAUDOIR (State Bar No. 198444)
   cchaudoir@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
4  Los Angeles, CA  90017
   Telephone:  +1-213-629-2020
5  Facsimile:   +1-213-612-2499

6  Attorneys for Plaintiffs and Counterdefendants
   THOUGHT CONVERGENCE, INC. and
7  NAME INTELLIGENCE, LLC

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| THOUGHT CONVERGENCE, INC., a Delaware Corporation and NAME INTELLIGENCE, LLC, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>     v.<br><br>JAY WESTERDAL, an individual; PER WESTERDAL, an individual; RAY BERO, an individual; CAMERON JONES, an individual; NAME INTELLIGENCE, INC., a Washington corporation; and DOTMOVIE, an unknown entity,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.  CV 09-3088-R(AJWx)<br><br>Honorable Manuel L. Real<br><br>**NOTICE OF ERRATA RE SECOND AMENDED COMPLAINT FILED JANUARY 19, 2010** |

1  Plaintiffs Thought Convergence, Inc. and Name Intelligence, LLC
2 ("Plaintiffs") hereby file this Notice of Errata regarding the above-captioned action.
3  On January 19, 2010, Plaintiffs filed its Second Amended Complaint in the
4 above-captioned action. Due to clerical error, the Exhibits (A-D) to the Second
5 Amended Complaint were inadvertently omitted. Plaintiffs have efiled said
6 Exhibits to correct this error.

8  Dated: January 26, 2010

KENT B. GOSS
CHRISTOPHER J. CHAUDOIR
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
CHRISTOPHER J. CHAUDOIR
Attorneys for Plaintiffs and Counterdefendants
THOUGHT CONVERGENCE, INC. and
NAME INTELLIGENCE, LLC

**PROOF OF SERVICE**

I, Lupe Flores, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017-5855.

I hereby certify that on January 26, 2010, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties listed below:

**NOTICE OF ERRATA RE SECOND AMENDED COMPLAINT FILED JANUARY 19, 2010**

| | |
|---|---|
| Hamilton Gardiner<br>*hamilton@lawhg.net*<br>Holmquist & Gardiner, PLLC<br>1000 Second Avenue, Suite 1770<br>Seattle, WA  98104<br>*Tel: (206) 438-9116*<br>*Fax: (206) 694-4601*<br><br>*Attorneys for Defendants and Counterclaimants*<br>**JAY WESTERDAL, and NAME INTELLIGENCE INC. and Defendant PER WESTERDAL** | Robert L. Wallan<br>*robert.wallan@pillsburylaw.com*<br>Mariah L. Brandt<br>*mariah.brandt@pillsburylaw.com*<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA  90017-5406<br>*Tel:  (213) 488-7100*<br>*Fax:  (213) 629-1033*<br><br>*Attorneys for Defendants and Counterclaimants*<br>**JAY WESTERDAL and NAME INTELLIGENCE INC. and Defendant PER WESTERDAL** |

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 26, 2010, at Los Angeles, California.

*[signature]*
LUPE FLORES

OHS West:260660445.1

- 1 -

PROOF OF SERVICE

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017. On January 26, 2010, I served the following document(s):

**NOTICE OF ERRATA RE SECOND AMENDED COMPLAINT FILED JANUARY 19, 2010**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] By depositing a true and correct copy of the document(s) listed above with Fed Ex in Los Angeles, California, enclosed in a sealed envelope.

[ ] (by Electronic Mail), I caused such documents to be transmitted by electronic mal to the offices of the addressee.

Hamilton Gardiner
*hamilton@lawhg.net*
Holmquist & Gardiner, PLLC
1000 Second Avenue, Suite 1770
Seattle, WA 98104
*Tel: (206) 438-9116*
*Fax: (206) 694-4601*

*Attorneys for Defendants and Counterclaimants*
**JAY WESTERDAL, and NAME INTELLIGENCE INC. and Defendant PER WESTERDAL**

Robert L. Wallan
*robert.wallan@pillsburylaw.com*
Mariah L. Brandt
*mariah.brandt@pillsburylaw.com*
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
*Tel: (213) 488-7100*
*Fax: (213) 629-1033*

*Attorneys for Defendants and Counterclaimants*
**JAY WESTERDAL and NAME INTELLIGENCE INC. and Defendant PER WESTERDAL**

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2010 at Los Angeles, California.

_____
LUPE FLORES

OHS West:260660445.1                     - 2 -
PROOF OF SERVICE