1 | HOLMQUIST & GARDINER PLLC
HAMILTON H. GARDINER #249038
hamilton@lawhg.net
1000 Second Avenue, Suite 1770
Seattle, WA 9 8104
Telephone: (206) 438-9116
Facsimile: (206) 694-4601

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT L. WALLAN #126480
robert.wallan@pillsburylaw.com
MARIAH L. BRANDT #224076
mariah.brandt@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendants and Counterclaimants
NAME INTELLIGENCE, INC. and JAY WESTERDAL
and Defendants PER WESTERDAL and RAY BERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| THOUGHT CONVERGENCE, INC., a Delaware Corporation and NAME INTELLIGENCE, LLC, a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>JAY WESTERDAL, an individual; PER WESTERDAL, an individual; RAY BERO, an individual; CAMERON JONES, an individual; and NAME INTELLIGENCE, INC., a Washington corporation; DOTMOVIE, an unknown entity,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM | No. CV-09-03088 R (AJWx)<br><br>**DEFENDANTS AND COUNTERCLAIMANTS NAME INTELLIGENCE, INC. AND JAY WESTERDAL AND DEFENDANTS PER WESTERDAL AND RAY BERO'S NOTICE OF MOTION TO STRIKE PORTIONS OF SECOND AMENDED COMPLAINT**<br><br>Date: March 15, 2010<br>Time: 10:00 a.m.<br>CrtRm: 8<br><br>Judge: Manuel L. Real |
|---|---|

1  TO THE HONORABLE MANUEL L. REAL, UNITED STATES
2  DISTRICT JUDGE, ALL PARTIES IN INTEREST, AND THEIR
3  ATTORNEYS OF RECORD:
4  PLEASE TAKE NOTICE THAT on March 15, 2010, at 10:00 a.m. or
5  as soon thereafter as this matter may be heard, in Courtroom 8 of the Central
6  District of this Court, located at 312 North Spring Street, Los Angeles,
7  California 90017, Defendants and Counterclaimants Name Intelligence, Inc.
8  and Jay Westerdal and Defendants Per Westerdal and Ray Bero's (collectively
9  "Defendants and Counterclaimants") will move this Court for an order
10 granting their Motion to Strike Portions of Second Amended Complaint.
11 Specifically, Defendants and Counterclaimants will move this Court to order
12 the following paragraphs stricken from the Second Amended Complaint:
13 paragraph 15-18 and 27-29 in their entirety.  These paragraphs contain
14 allegations of pre-transaction oral misrepresentations that are not relevant to
15 the claims remaining in the Second Amended Complaint following Plaintiffs
16 and Counterdefendants Thought Convergence, Inc and Name Intelligence
17 LLC's withdrawal of their claim for fraudulent inducement.
18 This motion is based on this Notice of Motion, the accompanying
19 Memorandum of Points and Authorities, all pleadings and papers on file in
20 this action, and upon such other evidence as may be presented prior to the
21 Court's ruling on this motion.  The parties fulfilled the meet and confer

requirements pursuant to Central District of California Local Rule 7-3 when they discussed anticipated motions on January 13, 2010.

Dated:  February 2, 2010

                HOLMQUIST & GARDINER PLLC
                HAMILTON H. GARDINER

                PILLSBURY WINTHROP SHAW PITTMAN LLP
                ROBERT L. WALLAN
                MARIAH L. BRANDT


                By  /s/ Mariah L. Brandt
                        Mariah L. Brandt
                Attorneys for Defendants and Counterclaimants NAME INTELLIGENCE, INC. and JAY WESTERDAL and Defendant PER WESTERDAL and RAY BERO