HOLMQUIST & GARDINER PLLC
HAMILTON H. GARDINER #249038
hamilton@lawhg.net
1000 Second Avenue, Suite 1770
Seattle, WA 9 8104
Telephone: (206) 438-9116
Facsimile: (206) 694-4601

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT L. WALLAN #126480
robert.wallan@pillsburylaw.com
MARIAH L. BRANDT #224076
mariah.brandt@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendants and Counterclaimants
NAME INTELLIGENCE, INC. and JAY WESTERDAL
and Defendants PER WESTERDAL and RAY BERO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOUGHT CONVERGENCE, INC., a Delaware Corporation and NAME INTELLIGENCE, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JAY WESTERDAL, an individual; PER WESTERDAL, an individual; RAY BERO, an individual; CAMERON JONES, an individual; and NAME INTELLIGENCE, INC., a Washington corporation; DOTMOVIE, an unknown entity,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | No. CV-09-03088 R (AJWx)<br><br>DEFENDANTS AND COUNTERCLAIMANTS NAME INTELLIGENCE, INC. AND JAY WESTERDAL AND DEFENDANTS PER WESTERDAL AND RAY BERO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF SECOND AMENDED COMPLAINT<br><br>Date:　　March 15, 2010<br>Time:　　10:00 a.m.<br>CrtRm:　8<br><br>Judge:　Manuel L. Real |

1  TO THE HONORABLE MANUEL L. REAL, UNITED STATES
2  DISTRICT JUDGE, ALL PARTIES IN INTEREST, AND THEIR
3  ATTORNEYS OF RECORD:
4      Defendants and Counterclaimants Name Intelligence, Inc. and Jay
5  Westerdal and Defendants Per Westerdal and Ray Bero (collectively
6  "Defendants and Counterclaimants") hereby request that the Court take
7  judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the
8  following documents, which provide evidentiary support for Defendants and
9  Counterclaimants' Motion to Strike Portions of the Second Amended
10  Complaint.
11      A court must take judicial notice of adjudicative facts such as pleadings
12  and court records if requested by a party and supplied with the necessary
13  information.  See Fed. R. Evid. 201(d).  Judicial notice is appropriate where
14  the adjudicative fact that is the subject of the request for judicial notice is
15  either (1) generally known within the territorial jurisdiction of the trial court or
16  (2) capable of accurate and ready determination by resort to sources whose
17  accuracy cannot reasonably be questioned.  Id. at 201(b).  The documents
18  listed below consist of pleadings and court records on file in the present
19  litigation.  These documents are the appropriate subject of judicial notice
20  because such documents are capable of accurate and ready determination and
21  are not the subject of reasonable dispute.  Based on the foregoing, Defendants
22  and Counterclaimants respectfully requests that the Court take judicial notice
23  of the following documents attached hereto as Exhibits 1 through 10:
24      1.    Exhibit 1:  First Amended Complaint without exhibits, filed
25  5/27/09;
26      2.    Exhibit 2:  Defendants and Counterclaimants Name Intelligence,
27  Inc. and Jay Westerdal's Counterclaims, filed 6/26/09
28

1    3.   Exhibit 3: Joint Stipulation for Brief Extension of Deadlines and
2    Trial, filed 1/11/10;
3    4.   Exhibit 4: Order Extending Dates to Conduct Additional
4    Discovery, filed 1/12/10;
5    5.   Exhibit 5: Joint Stipulation to Allow Plaintiffs Thought
6    Convergence, Inc. and Name Intelligence, LLC to File Second Amended
7    Complaint; filed 1/15/10;
8    6.   Exhibit 6: Joint Stipulation to Allow Counterclaimants Name
9    Intelligence, Inc. and Jay Westerdal to First Amended Counterclaims, filed
10   1/15/10;
11   7.   Exhibit 7: Order Allowing Plaintiffs Thought Convergence, Inc.
12   and Name Intelligence, LLC to File Second Amended Complaint; 1/19/10;
13   8.   Exhibit 8: Order Allowing Counterclaimants Name Intelligence,
14   Inc. and Jay Westerdal to File First Amended Counterclaims; filed 1/19/10;
15   9.   Exhibit 9: Second Amended Complaint with Exhibits, dated
16   1/19/10; and
17   10.  Exhibit 10: Defendants and Counterclaimants Name Intelligence,
18   Inc. and Jay Westerdal's First Amended Counterclaims, filed 1/19/10.

Dated: February 2, 2010

HOLMQUIST & GARDINER PLLC
HAMILTON H. GARDINER

PILLSBURY WINTHROP SHAW
PITTMAN LLP
ROBERT L. WALLAN
MARIAH L. BRANDT


By   /s/ Mariah L. Brandt
     Mariah L. Brandt
Attorneys for Defendants and
Counterclaimants NAME INTELLIGENCE,
INC. and JAY WESTERDAL and Defendants
PER WESTERDAL and RAY BERO