1  HOLMQUIST & GARDINER PLLC
   HAMILTON H. GARDINER #249038
2  hamilton@lawhg.net
   1000 Second Avenue, Suite 1770
3  Seattle, WA 9 8104
   Telephone: (206) 438-9116
4  Facsimile: (206) 694-4601

5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   ROBERT L. WALLAN #126480
6  robert.wallan@pillsburylaw.com
   MARIAH L. BRANDT #224076
7  mariah.brandt@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
8  Los Angeles, CA  90017-5406
   Telephone: (213) 488-7100
9  Facsimile: (213) 629-1033

10 Attorneys for Defendants and Counterclaimants
   NAME INTELLIGENCE, INC. and JAY WESTERDAL
11 and Defendants PER WESTERDAL and RAY BERO

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14                          WESTERN DIVISION

15

16 | THOUGHT CONVERGENCE, INC., | No. CV-09-03088 R (AJWx)
   | a Delaware Corporation and NAME
17 | INTELLIGENCE, LLC, a Delaware
   | limited liability company,
18 |                                         | **NOTICE OF SETTLEMENT
   |                    Plaintiffs,          | AND TAKING HEARING ON
19 |                                         | MOTION TO STRIKE
   |    vs.                                  | PORTIONS OF THE SECOND
20 |                                         | AMENDED COMPLAINT OFF
   | JAY WESTERDAL, an individual;           | CALENDAR**
21 | PER WESTERDAL, an individual;
   | RAY BERO, an individual;                | CrtRm:   8
22 | CAMERON JONES, an individual;           | Judge:   Manuel L. Real
   | and NAME INTELLIGENCE, INC., a
23 | Washington corporation; DOTMOVIE,
   | an unknown entity,
24 |
   |                    Defendants.
25 |

26   AND RELATED COUNTERCLAIM

27

28

1   Plaintiffs and Counterdefendants Thought Convergence, Inc. and Name
2   Intelligence LLC (collectively "Plaintiffs and Counterdefendants") and
3   Defendants and Counterclaimants Name Intelligence Inc. and Jay Westerdal
4   and Defendants Per Westerdal and Ray Bero (collectively "Defendants and
5   Counterclaimants," and together with Plaintiffs and Counterdefendants are the
6   "Parties") hereby notify this Court that they have reached a settlement in this
7   matter.
8   Specifically, on March 10, 2010, the Parties participated in a second
9   mediation session with Hon. George P. Schiavelli (Ret.). At this mediation the
10   Parties came to a resolution of the claims and counterclaims at issue in the
11   above caption matter. The Parties have a fully executed, confidential
12   settlement agreement memorializing the terms of their agreement.
13   The Parties are currently in the process of finalizing payment and
14   performance under the settlement agreement. Once payment is completed in
15   the near future, the Parties will take the steps necessary to cause the Second
16   Amended Complaint and the First Amended Counterclaims to be dismissed
17   with prejudice.
18   In light of the settlement, the Parties request that this Court take the
19   hearing on Defendants and Counterclaimants' Motion to Strike Portions of the

Second Amended Complaint off calendar. That hearing is currently set for Monday, March 15, 2010 at 10:00 a.m.

Dated: March 12, 2010

KENT B. GOSS
CHRISTOPHER J. CHAUDOIR
ORRICK HERRINGTON & SUTCLIFFE LLP

_____
CHRISTOPHER J. CHAUDOIR
Attorneys for Plaintiffs
and Counter-Defendants
THOUGHT CONVERGENCE, INC. and
NAME INTELLIGENCE, LLC

Dated: March 12, 2010

HOLMQUIST & GARDINER PLLC
HAMILTON H. GARDINER

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT L. WALLAN
MARIAH L. BRANDT

By _____
Mariah L. Brandt
Attorneys for Defendants and
Counterclaimants NAME INTELLIGENCE,
INC. and JAY WESTERDAL and Defendants
PER WESTERDAL and RAY BERO